IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MITCHELL D. KISHINEFF and DEBRA L. KISHINEFF, <br><br> Plaintiffs, <br><br> vs. <br><br> THURMAN MCCLENDON; S&H TRUCKING, INC., and DOES 1-10, <br><br> Defendants. | CV 21-56-BLG-TJC <br><br> ORDER GRANTING MOTION TO DISMISS CLAIMS AGAINST DEFENDANT MCCLENDON |

Defendants have filed a Motion to Dismiss Plaintiff's claims against Defendant Thurman L. McClendon for failure to state a claim upon which relief can be granted. (Doc. 3.) Plaintiffs have filed a response, indicating they do not object to the Motion. (Doc. 10.) Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Dismiss is GRANTED. Defendant Thurman L. McClendon is dismissed from this litigation.

IT IS ORDERED.

DATED this 8th day of July, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1